UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JACQUES ANTON LANIER, II,

Petitioner,

v.

NATHANJAH BREITENBACH,

Respondent.

Case No. 3:26-cv-00253-ART-CLB

SCHEDULING ORDER

*Pro se* Petitioner Jacques Anton Lanier, II filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 7 ("Petition").) Following an initial review of the Petition, the Court directed service of the Petition. (ECF No. 6.) The Court also gave Lanier until May 15, 2026, to file a motion for the appointment of counsel if he wished for counsel to be appointed to represent him. (*Id.*) That deadline has passed, and Lanier has not filed a motion for the appointment of counsel. As such, the Court sets a briefing schedule.

It is therefore ordered that Respondent's counsel file a response to the Petition, including potentially by motion to dismiss, within 90 days. Any procedural defenses raised by Respondent shall be raised together in a single consolidated motion to dismiss. Procedural defenses omitted from such motion to dismiss will be subject to potential waiver. In any answer filed on the merits, Respondents shall specifically cite to and address the applicable state court written decision and state court record materials, if any, regarding each claim within the response as to that claim.

It is further ordered that Lanier file a reply to Respondent's answer within 60 days of service of the answer.

It is further ordered that the response and reply time to any motion filed by either party, including a motion filed in lieu of a pleading, shall be governed

1

by Local Rule LR 7-2(b).

It is further ordered that any state court record and related exhibits filed herein by either Lanier or Respondent shall be filed with a separate index of exhibits identifying the exhibits by number. The CM/ECF attachments that are filed further shall be identified by the number or numbers of the exhibits in the attachment. If the exhibits filed will span more than one ECF number in the record, the first document under each successive ECF number shall be either another copy of the index, a volume cover page, or some other document serving as a filler, so that each exhibit under the ECF number thereafter will be listed under an attachment number (i.e., attachment 1, 2, etc.).

DATED THIS 26th day of May 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE