UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACQUES ANTON LANIER, II, | Case No. 3:26-cv-00253-ART-CLB |
| Petitioner, | ORDER GRANTING MOTION FOR RECONSIDERATION |
| v. | [ECF No. 13] |
| NATHANJAH BREITENBACH, | |
| Respondent. | |

*Pro se* Petitioner Jacques Anton Lanier, II filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 7 ("Petition").) Following an initial review of the Petition, the Court directed service of the Petition. (ECF No. 6.) The Court also gave Lanier until May 15, 2026, to file a motion for the appointment of counsel if he wished for counsel to be appointed to represent him. (*Id.*) That deadline passed, and Lanier did not file a motion for the appointment of counsel. As such, the Court set a briefing schedule. (ECF No. 12.) Lanier has now moved for reconsideration, explaining that he tried to file a motion for the appointment of counsel. (ECF No. 13.)

It is therefore ordered that the Scheduling Order (ECF No. 12) is vacated. A new scheduling order will be issued following the affirmation of counsel.

It is further ordered that the motion for reconsideration (ECF No. 13) is granted.

It is further ordered that the Federal Public Defender is provisionally appointed as counsel for Lanier and will have 30 days to (1) undertake direct representation of Lanier by filing a notice of appearance or (2) indicate the office's inability to represent Lanier in these proceedings. If the Federal Public Defender is unable to represent Lanier, the Court will appoint alternate counsel. Appointed counsel will represent Lanier in all federal proceedings related to this matter,

1

including any appeals or certiorari proceedings, unless allowed to withdraw. A deadline for the filing of an amended petition and/or seeking other relief will be set after counsel has entered an appearance.

It is further kindly ordered that the Clerk of the Court (1) send the Federal Public Defender a copy of this Order and all items previously filed in this case by regenerating the Notices of Electronic Filing and (2) send a copy of this Order to Lanier and the CJA Coordinator for this division.

It is further ordered that any deadline established and/or any extension thereof will not signify any implied finding of a basis for tolling during the time period established. Lanier remains responsible for calculating the running of the federal limitation period and timely presenting claims. That is, by setting a deadline to amend the petition and/or by granting any extension thereof, the Court makes no finding or representation that the Petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz,* 729 F.3d 1225, 1235 (9th Cir. 2013).

DATED THIS 8th day of June 2026.

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE