UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JACQUES ANTON LANIER, II,

Petitioner,

v.

NETHANJAH BREITENBACH,

Respondent.

Case No. 3:26-cv-00253-ART-CLB

ORDER

This counseled habeas matter comes before the Court on Petitioner's motion for leave to file a second amended petition. (ECF No. 20 ("Motion").) This Court appointed the Federal Public Defender to represent Petitioner on July 17, 2026. (ECF No. 17.) Petitioner filed a first amended petition on August 10, 2026, and moved for leave to file a second amended petition. (ECF Nos. 18, 20.) In the Motion, Petitioner's counsel explains that he filed the first amended petition before Petitioner's statute of limitations expired but that additional time is needed to perfect Petitioner's request for federal habeas relief. (ECF No. 20.) Respondent has not filed an opposition to the motion, and the deadline for doing so has now expired. Under Federal Rule of Civil Procedure 15(a)(2), a party may amend a pleading with the Court's leave, and "[t]he court should freely give leave when justice so requires." The Court finds that leave to amend is appropriate.

It is therefore ordered that the Motion [ECF No. 20] is granted. Petitioner has up to and including November 30, 2026, to file his second amended petition.

DATED THIS 3rd day of September, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE